## MAGUIRE *v.* DURANT.

*(City Court of New York, General Term.  October 24, 1892.)*

SALE—REMEDIES OF BUYER—DEMAND OF PRICE.
> Where a selling price has been agreed on, the bringing of suit therefor is a sufficient demand for the money claimed. *Bunn* v. *Lett,* (Sup.) 19 N. Y. Supp. 728, distinguished.

Appeal from trial term.

Action by Charles H. Maguire against Frederick C. Durant. Verdict and judgment for plaintiff. Defendant appeals. Affirmed.

Argued before EHRLICH, C. J., and VAN WYCK and McCARTHY, JJ.

*C. J. Hardy,* for appellant. *Ten Eyck Wendell* and *C. H. Shaw,* for respondent.

EHRLICH, C. J. The questions involved were purely those of fact, which the jury, on satisfactory evidence, disposed of adversely to the defendant. The bringing of the suit was a sufficient demand for the money claimed. The price had been agreed upon, and it was the defendant's duty to have found the plaintiff, and tendered the specific sum due. In this respect the case differs from *Bunn* v. *Lett,* (Sup.) 19 N. Y. Supp. 728, which is therefore inapplicable. No error was committed at the trial, and the judgment appealed from must be affirmed, with costs. All concur.